UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY D. ADAMS,

    Plaintiff,

v.

SOLANO STATE PRISON, et al.,

    Defendants.

Case No. 24-cv-06704 EJD (PR)

**ORDER OF TRANSER**

    Plaintiff, a state prisoner currently incarcerated at Solano State Prison ("SSP"), filed a pro se civil rights complaint against SSP staff regarding the calculation of good time credits and his "EPRD" (earliest possible release date). Dkt. No. 1 at 3, 8. Plaintiff wants his good time credits properly calculated and damages for serving "excessive time." Id. at 3. Plaintiff also asserts violations of his rights to equal protection, due process, and constitutionally adequate medical care against SSP staff. Id. at 7-11

    First of all, challenges to the lawfulness of confinement or to particulars affecting its duration are the province of habeas corpus.'" Hill v. McDonough, 547 U.S. 573, 579 (2006) (quoting Muhammad v. Close, 540 U.S. 749, 750 (2004)). Plaintiff's claim challenging the duration of his confinement must therefore be raised in a habeas action. See Skinner v. Switzer, 562 U.S. 521, 533-34 (2011) (habeas is the "exclusive remedy" for

the prisoner who seeks "immediate or speedier release" from confinement).

Furthermore, the district of confinement is the preferable forum for challenges to the way a state sentence is being executed, e.g., if it involves state parole or time credits claims. See Habeas L.R. 2254-3(b)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Because Plaintiff is currently confined in Solano County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. I

Lastly, venue also properly lies in the Eastern District for Plaintiff's other claims challenging the conditions of confinement at SSP because that is where the acts complained of occurred. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: October 11, 2024

EDWARD J. DAVILA
United States District Judge

2