UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO STATE PRISON, *et al.*,<br><br>　　　　　Defendant. | Case No. 2:24-cv-2802-JDP (P)<br><br><br>ORDER |

    Plaintiff Henry Adams is a state inmate proceeding pro se in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff filed his complaint on September 24, 2024, ECF No. 1, and later filed a motion to amend on January 24, 2025, ECF No. 9. In the motion to amend, plaintiff asks that the court add certain claims and defendants to his September complaint. ECF No. 9.

    Because plaintiff's motion to amend contains claims and defendants not in his operative complaint, I will grant plaintiff's motion and direct him file an amended complaint that includes all claims and defendants. *See Goodbar v. Paldara*, No. 1:21-cv-01811-GSA-PC, 2022 WL 1462142, at *1 (E.D. Cal. May 9, 2022) ("Plaintiff may not amend the Complaint by adding new information submitted separately from the Complaint. [Instead], Plaintiff must file an amended

1

complaint which is complete in itself, without reference to prior complaints."). Plaintiff's amended complaint should be complete in itself and contain all of the allegations that he wishes to have considered. I will also grant plaintiff's application to proceed *in forma pauperis*, ECF No. 8, which makes the required showing.

Accordingly, it is ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 8, is granted.

2. Plaintiff's motion to amend, ECF No. 9, is granted.

3. Within thirty days from service of this order, plaintiff shall file an amended complaint.

4. Failure to timely file an amended complaint may result in the imposition of sanctions, including a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

5. The Clerk of Court shall send plaintiff a complaint form with this order.

IT IS SO ORDERED.

Dated:   February 26, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE